*Affiant*

**A.** ~~PLAINTIFF~~ INFORMATION

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 OCT 14 PM 4:51

~~JEFFREY P. COLWELL~~
BY_____ DEP. CLK.
CLERK

*You must notify the court of any changes to your address where case-related papers may be
served by filing a notice of change of address. Failure to keep a current address on file with the
court may result in dismissal of your case.*

C/o Robin Hill  P.O. Box 7240  Denver, Colorado Zip Exempt
(Name and complete mailing address)                              [80207]

720-730-1648   bagsbyrobn@gmail.com
(Telephone number and e-mail address)

**B.      DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If
more space is needed, use extra paper to provide the information requested. The additional
pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  ~~Ebay~~ AMAZON.COM et al
(Name and complete mailing address)
Corporation Service Company
300 Deschutes Way SW, Suite 304
(Telephone number and e-mail address if known)
~~Des Moines~~, Tumwater, Washington [98501]

Defendant 2:  _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3:  _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4:  _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☐   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

☒   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

~~Plaintiff~~ is a citizen of the State of *Colorado State: Republic Affiant*

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of *Washington* (name of state or foreign nation):

Defendant 1 has its principal place of business in *Washington* ~~Colorado~~ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____See attached_____

      Supporting facts:

4

CLAIM TWO: _____ See attached _____

Supporting facts:

5

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."* $75,000 in Lawful Money

**F.    ~~PLAINTIFF'S~~ SIGNATURE**
~~Agent~~

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

All Rights Reserved Without Prejudice
by: Hill Robert
~~(Plaintiff's signature)~~

October 14, 2020
(Date)

(Revised December 2017)

6

| | |
|---|---|
| [Robin Yvonne Hill]<br>[P.O. Box 7240]<br>[Denver, Colorado], [80207]<br>[bagsbyrobn@gmail.com]<br>In Propria Persona<br>Affiant, Demandant, Claimant<br>and Prosecutor | ▲COURT USE ONLY▲ |
| The People of the State of<br>Colorado<br>Alfred J.Arraj<br>DENVER FEDERAL DISTRICT COURT<br>CITY ·AND COUNTY OF DENVER<br>STATE OF COLORADO<br>901 19th  St.<br>Denver Territory, Colorado<br>Republic, [80204] USA | NOTICE AND DEMAND |
| Amazon.com, Inc., et al, and<br>all parties acting in concert<br>with,<br>Corporation Service Company<br>300 Deschutes Way SW,<br>Suite 304<br>Tumwater, Washington [98501]<br><br>Respondent, Defendant | Case Number:<br><br><br>Division:<br>Courtroom: |
| Re: NOTICE AND DEMAND AFFIDAVIT | |

notice and demand

1. i am Robin Hill. i am a woman and have a verified claim against Amazon.com, Inc., et al, and all parties acting in concert with, please take notice of the following.

2. this is a request to settle this matter peacefully and swiftly.

3. i have personal knowledge of the following facts and i am competent to testify as to the truth of these facts if called forth as a witness.

4. a purchase was made for a product called "Laser Pecker"©.from Amazon.com, Inc., et al, and all parties acting in concert with, on may 26, 2020. i was not pleased with the product, so i returned it.

5. on friday june 12 i received an email that stated "Hello Robin, We've received the item below and have issued your refund. Thank you for sending the item back. Your return is now complete." the product had been purchased on card ending in 4449 and a refund credit should have been issued back to the debited card ending in 4449. the return/refund policy is that "**Note**: After carrier has received your item, it can take

up to two weeks to receive and process the refund." i
patiently waited for my bank to be credited and my property
returned.

6. as of july 10, 2020, refund confirmation was not received by
card ending in 4449. the return was credited to an Amazon.com
gift card. the return is not complete until the refund has
been credited back to my bank card ending in 4449, used for
the original purchase.

7. i again contacted Amazon.com, Inc., et al, and all parties
acting in concert with, about the refund. the result was an
email stating that "Hello, A refund was issued to your Card
on July 12, 2020 for $271.57. In most cases, once a refund
has been submitted, the issuing bank will post it to your
account within 3-5 business days. This time frame may vary
from one financial institution to another." as of july 23,
2020, nothing has been credited to the card ending in 4449. i
have been in touch with my financial institution and there is
no hold or reasons for the delay, on that end.

8. i have now been injured and have continued to be injured by
Amazon.com, Inc., et al, and all parties acting in concert
with, by depriving me of access to my property within a
reasonable and timely manner. as of june 12,2020 my property
has been held hostage. i have also been injured by costs
incurred and spending time devoted to calling Amazon.com,
Inc., et al, and all parties acting in concert with and
researching and writing this notice and demand.

9. as the result of the injury, trespass and damages incurred, i
demand Amazon.com, Inc., et al, and all parties acting in
concert with, to repair me for my injury, trespass, damages
and my property being held hostage as of june 12, 2020.

10. i demand a remedy for the injury, trespass and damages and
my property being held hostage, i demand the following:

    a. i demand a remedy for injuries and damages incurred.
       interest, penalties, fines, fees, time, energy
       expended and costs due to property being held hostage
       will be assessed as a result.

b. i demand that Amazon.com, Inc., et al, and all parties acting in concert with, in good faith, compensate me for the injuries and damages and fulfill all demands within twenty-three (23) days from the notarized date of this notice and demand.

1. $2,713.60 the refund amount times ten.

2. $1000.00 for interest.

3. $2000 for penalties.

4. $1000 for fines.

5. $500 for late fees.

6. $300 for costs.

7. for a total of $7,513.60 due upon receipt.

11. if demand is not met within the twenty-three (23) days, starting from june 12, 2020, injury, trespass and damages will be assessed with interest, penalties, fines, fees and costs at the rate of $5000 per day plus interest, penalties, fines, fees and costs to be assessed and determined at the discretion of affiant.

12. if Amazon.com, Inc., et al, and all parties acting in concert with, do not pay or otherwise respond within the allotted time, then by tacit procuration (implied power of attorney) i will determine for Amazon.com, Inc., et al, and all parties acting in concert with, the facts, duties, and the injury, trespass and damages that have accrued.

13. if Amazon.com, Inc., et al, and all parties acting in concert with, do not respond as demanded, i will take lawful action (in personam and in rem) to defend against Amazon.com, Inc., et al, and all parties acting in concert with, as a result of my injury, trespass and damages and secure my substantive rights to redeem the repairs owed to me.

14. reference the included instruments.

15. i have personal knowledge of the foregoing facts and i am competent to testify as to the truth of those facts if called as a witness. i declare under penalty of perjury that the

foregoing facts are true and correct, and that this affidavit was executed in  [Denver]  ,  [Colorado]  on  [October 8, 2020]  .

**NOTICE TO PRINCIPLE IS NOTICE TO AGENT**

**NOTICE TO AGENT IS NOTICE TO PRINCIPLE**

NOTICE AND DEMAND sent via

Certified Mail Receipt:

i swear or affirm that the above and foregoing representations are true and correct to the best of my information, knowledge, and belief. the use of the notary below is for identification purposes only and as such does not grant any jurisdiction to anyone.

In Propria Persona, Proceeding Sui Juris:

By:Hill, Yvonne, Robin: Authorized Representative, Natural Person, In Propria Persona:
Ex Relatione: HILL, ROBIN YVONNE
Affiant, Claimant, All Rights Reserved, Without Prejudice UCC 1-207 and UCC 1-308 AND UCC 1-103
Missouri Territory
c/o 1140 S. Quebec Way
Denver, Colorado [zip exempt]

By: _MALIK HOLLIS-Bey_  : Authorized Representative,
Natural Person, In Propria Persona:
Ex Relatione: MALIK HOLLIS-B
Witness, All Rights Reserved, Without Prejudice UCC 1-207 and UCC 1-308 AND UCC 1-103

witness by Notary does not change Jurisdiction from the land.

INDIVIDUAL ACKNOWLEDGEMENT


STATE OF COLORADO
COUNTY OF ~~DENVER~~ } ss.
              Arapahoe

I, the undersigned Notary Public, do hereby affirm that
ROBIN YVONNE HILL is individual who appeared before me, I
know or have satisfactory evidence that, on the 8th _____ day
of October,2020 and acknowledged that she signed this
instrument and acknowledged it to be her free and voluntary
act and deed for the uses and purposes mentioned in the
instrument,  NOTICE AND DEMAND, which contains a total of
 13  pages.


DATED  10-8-2020

> JEANNETTE LUPPES
> Notary Public
> State of Colorado
> Notary ID # 20124057809
> My Commission Expires 10-30-2020

_Jeannette Luppes_
Notary Public for COLORADO
My appointment expires 10-30-2020

## NOTICE

**Lien amount of Four Billion Dollars ($4,000,000,000) as of June 12, 2020 and counting, in lawful money of the United States**

NOTICE is hereby given that this Common Law Lien Claim is being filed in good faith as a legal At-Law-Claim (as distinguished from an equitable or statutory claim) upon and collectible out of personal and real property assets held by Amazon.com, Inc., et al, and all parties acting in concert with,
Corporation Service Company

300 Deschutes Way SW,

Suite 304

Tumwater, Washington [98501]


PERSONAL AND REAL PROPERTY:  This claim shall operate in the nature of a "security" for the repair, maintenance, caretaking and improvements as detailed in the "NOTICE AND DEMAND" on the herein described property, performance of obligations related to property of all kinds.  This claim is made pursuant to decisions of the United States Supreme Court.

This Common Law Lien is dischargeable only by Affiant, Claimant, or by a Common Law Jury in a Court of Common Law and according to the rules of Common Law.  It is not otherwise dischargeable for One Hundred (100) years, and cannot be extinguished due to the death of Affiant, Claimant, or by Affiant's, Claimant's heirs, assigns, or executors.  This Common Law Lien is for repairs/maintenance and improvements related to said Affiant, Claimant, and performance of duty as related to all other assets beginning June 12, 2020, the amount of **Four Billion Dollars ($4,000,000,000)** lawful money of the United States, a DOLLAR being described in the 1792 US Coinage Acts as 371.25 grains of fine silver, or the equivalent of Gold, notes or other instruments acceptable to Affiant, Claimant.  (Emphasis added).

The failure, refusal, or neglect of Respondent(s) to demand, by all prudent means, that the Sheriff of this County convene a Common Law Jury to hear this action within ninety (90) days from the date of filing of this Instrument will be deemed as prima facia evidence of an admission of "waiver" to all rights on the property described herein.  (Neglect; to give reasons on the record for a refusal to call said court has been held a "Waiver"); (see law express and implied in 1 Campd. 410 n., 7 Ind. 21). (Emphasis added.)

**Common Law Lien definition:**  One known to or granted by the common law, as distinguished from statutory, equitable, and maritime liens; also one arising by implication of law, as distinguished from one created by the agreement of the parties. It is a right extended to a person to retain that which is in his possession belonging to another, until the demand or charge

of the person in possession is paid or satisfied.  (Whiteside v.
Rocky Mountain Fuel Co., C.C.A.Colo. 101 F.2d 765,769.)
(Emphasis added.) Black's Law Dictionary 6th Edition.

11 USCS () 101, Paragraph (27)(31) defines "lien".  The
definition is new and is very broad.  A lien is defined as a
charge against or interest in property to secure payment of debt
or performance of. an obligation.  It includes inchoate lien.  In
general, the concept of lien is divided into three (3) kinds of
liens:  judicial liens, security interests, and statutory liens.
These three (3) categories are mutually exclusive and are
exhaustive except for certain Common Law Liens.

     This Common Law Lien supersedes Mortgage Liens, Lis
Pendens Liens, and Liens of any other kind.

     This is a suit or action at Common Law, and the value in
controversy exceeds twenty (20) dollars.  The controversy is not
confined to the question of return of property or in relation to
other property, but to Affiant's, Claimant's Common Law Claim
for the repair/maintenance and improvements to the herein
described property, and obligations of duties, wherein the
Affiant, Claimant demands that said controversy be determined by
a Common Law Jury in a Court of Common Law and according to the
Rules of Gonroon Law.

UCC-1 Financing Statements relating to all Real and Personal
Property held by Amazon, AMAZON, AMAZON.com, AMAZON Corp., et al
and all parties acting in concert with, Amazon.com, Inc., et al,
and all parties acting in concert with,
Corporation Service Company

300 Deschutes Way SW,

Suite 304

Tumwater, Washington [98501]

and or as detailed in UCC-1 financing statements filed on
behalf of Amazon, AMAZON, AMAZON.com, AMAZON Corp., et al and
all parties acting in concert with.


MEMORANDUM OF LAW

     This Claim through Common Law Lien is an action at
Substantive Common Law, not in Equity, and is for the repair,
maintenance, improvement or performance of an obligation of the
herein described property and in relation to other properties as
of Substantive Common Law, is distinguished from mere, "common
law procedure".  Lawyers and judges are misinformed to think,
plead, rule or order that the substantive common law rights and
immunities have been abolished in Colorado or any other state.
Only "Common Law procedure" created by the chancel or/chancery
has been abolished.  That is to say, the "forms" of common law
and equity were abolished, (Kimball v. Mclntyre, 3 U 77, 1 P
167), or that the distinctions between the forms of common law

and equity were abolished by Rule 2 of Civil Procedure (Donis v. Utah R.R., 3 U 218, 223 P 521).

However, the abolition of mere form, does NOT affect nor diminish our SUBSTANTIVE (Common Law and Constitutional) Rights and immunities (USC 78-2-4,S.2) for substantive law, e.g. our UNALIENABLE Rights Immunities, and has not changed with the state's adoption, of Rule 2, combining the courts form, remedial, ancillary adjective procedures, (see Bonding v. Nonatny, 200 Iowa, 227,202 N.W.588) for matters of substance are in the main the same as at substantive Common Law, (Calif. Land v. Halloran, 82U 267,17 P2d 209) and old terms (words and phrases describing law and substantive procedures) used in Common Law can NOT be ignored (O'Neill v. San Pedro RR, 38 U 475, 479, 114 P 127), the modifications resulting being severely limited in operation, effect, and extent (Maxfield v. West 6 U 379,- 24 P 98) for a total abolishment of even the .purely equity or purely Common Law forms has NOT been realized, and must ever be kept in mind (Donis v. Utah RR, supra.) Thus a right to establish a "Common Law Lien" is not, and was NOT dependent upon a statute or chancery rule for its creation as a remedy, and where the right to establish a "Common Law Lien" is a part of SUBSTANTIVE Common Law our right is antecedent to creation of the "state" or its chancery/procedure which right runs to time immemorial (Western Union v. Call, 21 SCt 561,181 US 765)

> We must be sustained in our acts, mere chancery, equity having no jurisdiction so to counter:
>
> "...if the facts stated (see facts related to our "Common Law Lien") entitled litigant (Demandant) to ANY remedy or relief under SUBSTANTIVE LAW (supra), then he has stated good subject matter (cause of action)—and the Court MUST enter judgment in (our) favor—in so far as an attack on the sufficiency of (Demandant) leadings are concerned." (Williams v Nelson 45 U 255, 145 P 39; Kaun v McAllister, 1 U 273, affirmed 96 U 587, 24 LEd 615.)"

For "although lawyers and judges have (in their ignorance) buried the Common Law, the Common Law rules us from the grave." (Koffer, Common Law Pleading, Intro.Ch.I, West 1969)

The general rule of the Common Law is expressly adopted by Hill, Yvonne, Robin and is in force in this state and is the Law of the Land and by its operation can impose a Common Law Lien on property in the absence of any specific agreement (see the law express and implied in the class of cases represented by Drumond v. Mills,(1898) 74 N.W.966; Hewitt v. Williams, 47 LaAnn 742, 17 So.269 (1894); Carr v. Dail, 19 S.E.235; McMahon v. Lundin, 58 N.W.827)

The Magna Carta governs as well, retaining and preserving all rights antecedent thereto, which was restated in the (1) Massachusetts Bay Charter. (2) Massachusetts Constitution, and (3) the Federal Constitution, (modeled after the Massachusetts Constitution) after which the Texas and Arizona Constitution is modeled, all construed in pari materia, the State Constitution being a LIMITATION on the state's power (Fox v. Kroeger, 11 9 Tex 511, 35 SW2d 670,77 ALR 663.), the Constitution acting prospectively - declaring rights and procedures for the future but NOT diminishing rights extant prior to establishment of the state (Grigsby v. Reib, 105 Tex 597, 153 SW 1124; Southern Pacific Co. v. Porter, 160 Tex 329,331 SW2d 42), and no new powers contrary to our Common Law Rights/Immunities were "granted" to the state.


Common Law Liens at Law supersede mortgages and equity Liens (Drumons Carriage Co. v Mills (1898) 74 NW 966; Hewitt v. Williams 47 LaAnn, 742,17 So.269; Carr v. Dail,19SE235; McMahon v. Lundin, "58NW 827) and may be satisfied only when a Court of Common Law is convened pursuant to an order of the elected sheriff.  Such Common Law Court forbids the presence of any judge or lawyer from participating or presiding, or the practice of any Equity Law.  The ruling of the U. S. Supreme Court in Rich v. Braxton, 158 US 375, specifically forbids judges from invoking equity jurisdiction to remove Common Law Liens or similar "clouds of title".  Further, even if a preponderance of evidence displays the lien to be void or voidable, the Equity Court still may not proceed until the moving party has proven that he asks for, and has come "to equity" with "clean hands". (Trice v. Comstock, 570C. A646; West v. Washburn, 138NY Supp.230).  Any official who attempts to modify or remove this Common Law Lien is fully liable for damages. (U. S. Supreme Court; Butz v. Econcmou, 98 S.Ct.2894; Bell v. Hood, 327 US 678; Belknap v. Schild, 161 US 10; US v. Lee; Bivens v. 6 Unknown Agents, 400 US 862)


Demand is hereby and herewith made upon all public officials under penalty of Title 42, United States Code, Section 1986, not to modify or remove this Lien in any manner. (This Lien is not dischargeable for 100 years and cannot be extinguished due to Affiant, Claimant's death or by Affiant, Claimant's heirs, assigns, or executors.)  Any Order, Adjudgment, or Decree issuing from a Court of Equity operating against to interfere or remove this At-Law legal lien claim would constitute direct abrogation/deprivation of Affiant, Claimant's Colorado State and United States Constitutionally guaranteed Rights.

This notice is given inter alia to preclude a jury trial on the verified claim, and to provide for Summary Judgment on the

said certain Claim should Respondent admit "waiver" and refuse
to repond.

THIS SAID CLAIM DUE AT COMMON LAW. IS: in full effect as of
July 24, 2020 for the repair, maintenance, caretaking and
improvements, as detailed in "NOTICE AND DEMAND" of the herein
described property, and performance obligation.  The symbol "$"
means "dollar" as defined by the unrepealed (1792) U.S. Coinage
Act, which is 371.25 grains of fine silver for each "dollar",
(or) the equivalent in currency acceptable to affiant, claimant)
and is that "Thing" mandated upon the State of California by
Article 1:10:1, United States Constitution.

> Hill, Yvonne, Robin demands all her Common Law Rights at all
> times and refuse to waive any rights and in all places along
> with those rights guaranteed in the treaty of peace and
> friendship, international constitutional treaty, Magna
> Carta, Declaration of Independence, United States
> Constitution, and the Colorado State Constitution.

**NOTICE TO PRINCIPLE IS NOTICE TO AGENT**

**NOTICE TO AGENT IS NOTICE TO PRINCIPLE**

In Propria Persona, Proceeding Sui Juris:

By:Hill, Yvonne, Robin: Authorized Representative, Natural
Person, In Propria Persona:
Ex Relatione: HILL, ROBIN YVONNE
Affiant, Claimant, All Rights Reserved, Without Prejudice UCC ·
1-207 and UCC 1-308 AND UCC 1-103
Missouri Territory
c/o 1140 S. Quebec Way
Denver, Colorado [zip exempt]

By: _Malik Hollis-Bey_    : Authorized Representative,
Natural Person, In Propria Person
Ex Relatione: _MALIK HOLLIS_
Witness, All Rights Reserved, Without Prejudice UCC 1-207 and
UCC 1-308 AND UCC 1-103

INDIVIDUAL ACKNOWLEDGEMENT

STATE OF COLORADO
COUNTY OF ~~DENVER~~ } ss.
            Arapahoc JC

I, the undersigned Notary Public, do hereby affirm that
ROBIN YVONNE HILL is individual who appeared before me, I
know or have satisfactory evidence that, on the 8th day
of October,2020 and acknowledged that she signed this
instrument and acknowledged it to be her free and voluntary
act and deed for the uses and purposes mentioned in the
instrument,  NOTICE AND DEMAND, which contains a total of
13  pages.


DATED   10·8·2020

                                    JEANNETTE LUPPES
                                      Notary Public
                                     State of Colorado
        Jannette Luppes        Notary ID # 20124057809
                               My Commission Expires 10-30-2020
Notary Public for COLORADO
My commission expires  10·30·2020



**Davis Wright Tremaine** LLP

Suite 3300

920 Fifth Avenue

Seattle, WA  98104

**Annamaria Taskai**
206-757-8019 tel 206-757-1019 fax
annamariataskai@dwt.com

September 15, 2020

*Via Email: bagsbyrobn@gmail.com*

Robin Yvonne Hill
P.O. Box 7240
Denver, CO 80207

Re:     Your July 24, 2020 Demand Letter

Dear Ms. Hill:

We represent Amazon. Your July 24, 2020 letter to Amazon has been referred to my attention. You claimed that you have returned an item but received the refund in a form of gift card balance and not to your credit card. You demanded Amazon to process the refund in the amount of $271.57 to your credit card. Our investigation into this matter has revealed the following.

You stated that on June 12, 2020 you received an email form Amazon informing you that the refund was processed to your credit card ending 4449. You have not provided a copy of this email. Amazon, however, is in possession of the referenced email that actually informed you that the refund is available on your Amazon account. Please note that the default refund payment method is to process the refund in a form of an Amazon gift card. If a customer doesn't change this selection to credit card, the refund will be processed to the customer's Amazon account. On July 14, 2020 Amazon indeed received your request for the same, and since you were promised to receive the balance back to your credit card, Amazon now processed the transaction. The gift card balance will be revoked and you will receive the $271.57 to your credit card within 3-5 business days.

We hope this resolves this matter.

Sincerely,

DAVIS WRIGHT TREMAINE LLP

Annamaria Taskai



Suite 3300
920 Fifth Avenue

Seattle, WA  98104

**Annamaria Taskai**
206-757-8019 tel
206-757-1019 fax

annamariataskai@dwt.com

August 20, 2020

*Via Email: bagsbyrobn@gmail.com*

Robin Yvonne Hill
P.O. Box 7240
Denver, CO 80207

Re: Your July 24, 2020 Demand Letter  Dear Ms.

Hill:

We represent Amazon.  Your July 24, 2020 letter to Amazon has been referred to my attention.
We will review the matter and respond in due course.  Please direct all future correspondence to
my attention.

Sincerely,

DAVIS WRIGHT TREMAINE LLP

Annamaria Taskai

cc:     John Goldmark, Esq.

Returns and Refunds · Refunds and Exchanges›

# Refunds

When you return an item, your refund amount and refund method may vary. You can check the payment method that was refunded and the status of your refund in Your Orders.

**Note:** All information on this page only relates to items bought from or Fulfilled by Amazon. Don't return items to Amazon that were bought on Amazon Marketplace and shipped to you by the seller.

## Where's My Refund?

You can check the payment method that was refunded and the status of your refund in Your Orders.

**Note:** After the carrier has received your item, it can take up to two weeks for us to receive and process your return.

To see how long will take for you to receive your refund, see the table below.

## How Refunds Are Issued

When returning an item, you can choose your preferred refund method in the Returns Center.

If you're receiving a refund after we have received your item, it may take an additional three to five business days to process your return fully and issue your refund.

Once we issue your refund, it may take additional time for your funds to be made available in your account by your financial institution. See the following table for more details.

| Refund Method | Refund Time (After Refund Is Processed) |
|---|---|
| Credit card | Three to five business days |
| Amazon.com Gift Card | Two to three hours |
| Debit card | Up to 10 business days |
| Checking account | Up to 10 business days |
| SNAP EBT card | Within 24 hours |
| Gift Card balance | Two to three hours |
| Promotional Certificate | No refund issued |
| Prepaid credit card | Up to 30 days |
| Shop with Reward Points | Up to five business days |

**Note:** Refund timing to a prepaid card depends on the issuer of the card. The refund can take up to 30 days to process based on the policy of the issuer. If you no longer have the physical card, the card is still stored within your account. It can be used toward future purchases on the account it's stored in.

If you used the Amazon Currency Converter when placing your original order, the refund will be issued in your local currency and calculated using the same rate used when you placed your order.

## Gift Returns

The type of refund or credit you receive depends on how the gift was purchased and how it was returned. For more information about gift refunds, go to Return a Gift.

Amazon may determine that a refund can be issued without requiring a return. If you aren't required to mail your item back for a refund, you'll be notified in the Returns Center or by a customer service associate. For more information, see Conditions of Use.

## Partial Refunds or Restocking Fees

| Item | Refund |
| --- | --- |
| Items in original condition past the return window* | 80% of the item price |
| CDs, DVDs, VHS tapes, cassette tapes, or vinyl records that were opened (taken out of its plastic wrap) | 50% of the item price |
| Items that are damaged, missing parts, not in the original condition, or have obvious signs of use for reasons not due to an Amazon.com or seller error | Up to 50% of the item price |
| Open software or video games for reasons not due to an Amazon.com or seller error | 0% of the item price |

*For most items, the return window is 30 days after delivery. To check the return window for an item you've ordered, go to Your Orders and select **Return or Replace Items**. If your item was fulfilled by a third-party seller, you may be charged up to 20% restocking fee, even if you return the item in original condition within the return window.

**Note:** Tax on restocking fees may apply to return items that were shipped and sold by Amazon.com for customers in CT, MD, NV, PA, VA, WV, and WI. Some products have additional conditions that may apply. For more information, go to About Our Returns Policies.