IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03090-GPG

ROBIN HILL,

    Plaintiff,

v.

AMAZON.COM,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff Robin Hill resides in Denver, Colorado. On October 14, 2020, Plaintiff filed *pro se* a partially completed complaint. (ECF No. 1). Accordingly, this civil action was opened.

On October 16, 2020, the Court ordered Plaintiff to cure various defects with the filing. (ECF No. 3). Specifically, Plaintiff was ordered to submit a court-approved motion to proceed under 28 U.S.C. § 1915 or pay the filing fee for initiating this action. (*Id.* at 2). Plaintiff was also instructed to submit the first page of the current court-approved form complaint. (*Id.*). The Court provided Plaintiff thirty days to comply and warned that failure cure the defects would result in the dismissal of this action without further notice. (*Id.* at 2-3).

Plaintiff has not cured the identified deficiencies as directed, requested an extension of time, or communicated with the Court in any manner—and the time to do

so has expired. (*See* docket). Thus, this action will be dismissed without prejudice for failure to comply with the Court's order and failure to prosecute.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal, the full $505 appellate filing fee must be paid or Plaintiff must file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a Court order and failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   18th   day of November, 2020.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court