IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03090-LTB

ROBIN HILL,

    Plaintiff,

v.

AMAZON.COM,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 18, 2020, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, November 18, 2020.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/ S. Phillips,
        Deputy Clerk